**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: PETITION FOR OBJECTIONS AND EXCEPTIONS TO UPSET SALE | : | No. 672 MAL 2023 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: MILAGROS ABREU | : | the Order of the Commonwealth |
| | : | Court |
| | | |
| IN RE: OBJECTION AND EXCEPTIONS TO UPSET SALE | : | No. 673 MAL 2023 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: MILAGROS ABREU | : | the Order of the Commonwealth |
| | : | Court |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 7th day of May, 2024, the Petition for Allowance of Appeal is **DENIED**.